# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00280-CR

**The State of Texas, Appellant**

**v.**

**Philip Clinton Allen, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2010-110, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas filed a notice of appeal of the trial court's order discharging Philip Clinton Allen from his community supervision. *See* Tex. Code Crim. Proc. art. 42A.701(f). The State has now filed a motion to dismiss its appeal, explaining that the trial court has withdrawn and rescinded that order. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: July 16, 2021

Do Not Publish